UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENTIUM CAPITAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROTCEH COLON MALDONADO,<br><br>Defendant. | No. 2:19-cv-01674-TLN-CKD<br><br><br><br>ORDER |

Before the court is plaintiff's motion for default judgment. (ECF No. 8.) A hearing was held on December 18, 2019. Plaintiff appeared through counsel and defendant made no appearance. As discussed at the hearing, plaintiff is instructed to submit to the court by January 3, 2020 a more definite statement regarding the damages being requested. Specifically, plaintiff is to provide the court with calculations showing how it reached the values it is requesting, and, when possible, citation to the record of how it arrived at any base value, interest rate, etc. Once plaintiff files its brief, the court will rule on plaintiff's motion for default judgment.

IT IS SO ORDERED.

Dated: December 19, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.asce.1674

1